# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:19-CR-00301(1)-ADA |
| | § | |
| (1) JAMES LEE TISDALE III | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  December 30, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) JAMES LEE TISDALE III, which alleged that Tisdale violated a condition of his supervised release and recommended that Tisdale 's supervised release be revoked (Clerk's  Document No. 13).  A warrant issued and Tisdale was arrested.  On January 7, 2026, Tisdale appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Tisdale appeared before the magistrate judge on February 3, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on February 4, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Tisdale, the magistrate judge recommends that this court revoke Tisdale supervised release and that Tisdale be sentenced to imprisonment for TIME SERVED, with a term of THREE (3) YEARS of supervised release to follow the term of imprisonment.

Original terms and conditions of supervised release revocation re-imposed with the following additions:

• No contact with the alleged victim(s)

• The Defendant shall participate in the Location Monitoring Program for a term of 120 days. The Defendant will be placed on curfew and shall remain at the place of residence from 6:00pm to 6:00 am

• The Defendant shall be subjected to active Global Positioning System (GPS) monitoring for a term of 120 days, which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervised release in this case. The Defendant shall pay for the costs of the program if financially able (Clerk's Document No. 56).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On February 3, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 55). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 56 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) JAMES LEE TISDALE III's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) JAMES LEE TISDALE III be imprisoned for TIME SERVED with a term of supervised release of THREE (3) YEARS to follow the term of imprisonment.

Original terms and conditions of supervised release revocation re-imposed with the following additions:

• No contact with the alleged victim(s)

• The Defendant shall participate in the Location Monitoring Program for a term of 120

days. The Defendant will be placed on curfew and shall remain at the place of residence

from6:00pm to 6:00 am

• The Defendant shall be subjected to active Global Positioning System (GPS) monitoring for a

term of 120 days, which shall be utilized for purposes of verifying compliance with any

court-imposed condition of supervised release in this case. The Defendant shall pay for the costs

of the program if financially able (Clerk's  Document  No. 56).

Signed this 5th day of February, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE